261 So.2d 230

**Donald CORMACK**

v.

**The PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

**No. 52392.**

May 11, 1972.

We find no error of law in the Court of Appeal judgment.

DIXON, J., is of the opinion that the writ should issue. The policy provision as interpreted by the court of appeal gives a benefit for dental treatment that is largely illusory.